1  LINDAHL BECK LLP
   Kelley K. Beck, State Bar No. 089030
2  660 S. Figueroa Street
   Suite 1500
3  Los Angeles, California 90017-3457
   kbeck@lindahlbeck.com
4  (213) 488-3900
   (213) 486-9883 Facsimile
5
6  Attorneys for Counterdefendant, Golden Eagle Insurance Corporation

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10 GOLDEN EAGLE INSURANCE              )  CASE NO. CV 09-04984-JSW
   CORPORATION,                        )
11                                     )  STIPULATION FOR DISMISSAL OF
                      Plaintiff,       )  ENTIRE ACTION WITHOUT PREJUDICE
12                                     )  AND ORDER THEREON
13     vs.                             )
                                       )
14 BROWMAN FAMILY VINEYARDS, INC.      )
   and DOES 1 through 25,              )
15                                     )
16                    Defendants.      )
                                       )
17 _____)
                                       )
18 BROWMAN FAMILY VINEYARDS, INC.,     )
19                                     )
                  Counter-claimant,    )
20                                     )
   GOLDEN EAGLE INSURANCE              )
21 CORPORATION,                        )
                                       )
22                                     )
                  Counter-defendant.   )
23                                     )
24 _____)

25 TO THE COURT:

26      The parties in this action hereby stipulate to the dismissal without prejudice of
27 the entire action, including both the Complaint for Declaratory Relief and the Cross-Claim for
28 Breach of the Implied Covenant of Good Faith and Fair Dealing.

-1-

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE; ORDER

Dated: September 2, 2010

HIGGS, FLETCHER & MACK, LLP

By _____/s/ Terrell A. Quealy_____
TERRELL A. QUEALY
Attorney for Plaintiff,
GOLDEN EAGLE INSURANCE CORPORATION

Dated: September 10, 2010

JULIAN M. BAUM & ASSOCIATES

By _____/s/ Julian M. Baum_____
Julian M. Baum
Attorney for Defendant and Counter-claimant,
BROWMAN FAMILY VINEYARDS, INC.

Dated: September 2, 2010

LINDAHL BECK LLP

By _____/s/ Kelley K. Beck_____
KELLEY K. BECK
Attorney for Counter-defendant,
GOLDEN EAGLE INSURANCE CORPORATION

* * * * * * * * *

ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the stipulation of the parties, it is hereby ordered that this entire action be dismissed without prejudice.

DATED: September 14, 2010

By _____/s/ Jeffrey S. White_____
JEFFREY S. WHITE
Judge of U.S. District Court, Northern District

LINDAHL BECK LLP
660 S. Figueroa Street
Suite 1500
Los Angeles, CA 90017-3457
(213) 488-5900

-2-

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE; ORDER